| United States District Court | Southern District of Texas |
|---|---|

Securities and Exchange Commission, §
§
    Plaintiff, §
§
versus §  Civil Action H-13-215
§
Firas A. Hamdan, §
§
    Defendant. §

# Final Judgment

1. On the unanswered motion for judgment and the facts as they appear, the Securities and Exchange Commission takes $3,296,914.51 from Firas A. Hamdan – the net loss to investors and prejudgment interest. (31)

2. Firas A. Hamdan must not solicit or accept funds to invest in an unregistered offering of securities in the United States.

Signed on August 16, 2013, at Houston, Texas.

                              Lynn N. Hughes
                        United States District Judge